UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No. 19-cr-20022
                              Hon. Matthew F. Leitman

EMANUEL TOLON,

    Defendant.
_____/

## ORDER (1) DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (ECF No. 27) AND (2) RECOMMENDING DEFENDANT FOR HOME CONFINEMENT

On June 8, 2020, Defendant Emanuel Tolon filed a Motion for Compassionate Release or Recommendation for Home Confinement (ECF No. 27). The Court held a hearing on Tolon's motion on July 6, 2020. For the reasons explained on the record, Tolon's motion for compassionate release is **DENIED WITHOUT PREJUDICE**. For the reasons further explained on the record, the Court recommends to the Bureau of Prisons that it grant Tolon home confinement under 18 U.S.C. § 3624(c).

    **IT IS SO ORDERED**.

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: July 6, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 6, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>
Case Manager<br>
(810) 341-9764