UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EMANUEL TOLON,

    Defendant.
_____/

Case No. 19-cr-20022
Hon. Matthew F. Leitman

## ORDER DENYING DEFENDANT'S RENEWED MOTION FOR COMPASSIONATE RELEASE (ECF No. 34)

On October 30, 2020, Defendant Emanuel Tolon filed a Renewed Motion for Compassionate Release. (*See* Mot., ECF No. 34.)  The Court held a video hearing on Tolon's motion on January 25, 2021. (*See* Notice of Hearing, ECF No. 42.)  For the reasons explained on the record, Tolon's renewed motion is **DENIED**.

    **IT IS SO ORDERED**.

        s/Matthew F. Leitman
        MATTHEW F. LEITMAN
        UNITED STATES DISTRICT JUDGE

Dated:  January 25, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 25, 2021, by electronic means and/or ordinary mail.

        s/Holly A. Monda
        Case Manager
        (810) 341-9764